**Order entered April 9, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00246-CV**

**IN RE THERMIGEN, LLC, Relator**

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-07119**

## ORDER
Before Chief Justice Burns and Justices Osborne and Reichek

In accordance with the Court's opinion of this date, the petition for writ of mandamus is conditionally granted in part. The Court **ORDERS** the trial court to modify the January 23, 2020 Order Regarding Plaintiff's Motion to Compel to limit the subject matter of the discovery to "adverse events" involving the ThermiRF System generator's temperature-related problems. Should the trial court fail to comply with this order, the writ will issue.

The Court **ORDERS** the trial court to file with this Court, within thirty (30) days of the date of this order, a certified copy of its modified order issued in

compliance of this order.  We **ORDER** that the parties bear their own costs of this original proceeding.

We **DENY** real party in interest's March 17, 2020 motion to dismiss.

We **LIFT** this Court's order of stay issued on February 24, 2020.


/s/     AMANDA L. REICHEK
JUSTICE